IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEUTRAL TANDEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEERLESS NETWORK, LLC, PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE, <br><br> Defendants. | No. **FILED: JUNE 12, 2008** <br> **08CV3402** <br> **JUDGE ASPEN** <br> **MAGISTRATE JUDGE VALDEZ** <br> **AEE** |

### LR 3.4 NOTICE OF CLAIM INVOLVING PATENTS

Pursuant to Local Rule 3.4, plaintiff Neutral Tandem, Inc. ("Neutral Tandem"), through its undersigned counsel, hereby notifies the Clerk that this action involves claims of infringement of United States Patent No. 7,123,708 B1 (the "708 Patent"), entitled "Neutral Tandem Telecommunications Network Providing Transiting, Terminating, and Advanced Traffic Routing Services to Public and Private Carrier Networks," issued October 17, 2006. The inventor of the 708 Patent is Ronald William Gavillet. The addresses of the parties are as follows:

Plaintiffs:

Neutral Tandem, Inc.
One South Wacker Drive, Suite 200
Chicago, Illinois 60606

Defendants:

John Barnicle
5216 S. Central Ave.
Western Springs, Illinois 60558

Peerless Network, LLC
225 W. Washington St., Suite 1285
Chicago, Illinois 60606

645 N. Kingsbury, Suite 1302
Chicago, Illinois 60610

Peerless Network of Illinois, LLC
225 W. Washington St., Suite 1285
Chicago, Illinois 60606

645 N. Kingsbury, Suite 1302
Chicago, Illinois 60610

Dated: June 12, 2008

Respectfully submitted

NEUTRAL TANDEM, INC.

    /s/ John R. Harrington
By: _____
John R. Harrington
Daniel J. Schwartz
Joseph A. Schouten
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Attorneys for Plaintiff,
NEUTRAL TANDEM, INC.

2