IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEUTRAL TANDEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEERLESS NETWORK, LLC, PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE, <br><br> Defendants. | **FILED: JUNE 12, 2008** <br> **08CV3402** <br> **JUDGE ASPEN** <br> No. **MAGISTRATE JUDGE VALDEZ** <br> **AEE** |

## NEUTRAL TANDEM'S RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, plaintiff Neutral Tandem, Inc., through its undersigned counsel, hereby makes the following disclosures:

1. Neutral Tandem, Inc. does not have any parent corporations, or any publicly held affiliates.

2. JPMorgan Chase & Co. owns more than 5% of Neutral Tandem, Inc., and no other publicly held company owns 5% or more of its stock.

2

Dated: June 12, 2008              Respectfully submitted

                                                                NEUTRAL TANDEM, INC.

                                                                /s/ John R. Harrington
                                  By: _____
                                  John R. Harrington
                                  Daniel J. Schwartz
                                  Joseph A. Schouten
                                  JENNER & BLOCK LLP
                                  330 N. Wabash Ave.
                                  Chicago, IL 60611
                                  (312) 222-9350

                                  Attorneys for Plaintiff,
                                  NEUTRAL TANDEM, INC.