AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NEUTRAL TANDEM, INC.,

Plaintiff,

CASE NUMBER: 08CV3402

V.

ASSIGNED JUDGE: **JUDGE ASPEN**

PEERLESS NETWORK, LLC; PEERLESS NETWORK OF ILLINOIS, LLC; and JOHN BARNICLE,

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

Defendants.

TO: (Name and address of Defendant)

Peerless Network, LLC
c/o John Barnicle, CEO
5216 S. Central Ave.
Western Springs, IL 60558

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John R. Harrington
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK

June 12, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-14-08 |
| NAME OF SERVER (PRINT) JUAN ACEVEDO | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 5216 S. Central Western Springs IL C/O John Barnicle

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-14-08
        Date            Signature of Server

        10700 W. Higgins Rd 60018
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.