AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NEUTRAL TANDEM, INC.,

Plaintiff,

V.

PEERLESS NETWORK, LLC; PEERLESS NETWORK OF ILLINOIS, LLC; and JOHN BARNICLE,

Defendants.

CASE NUMBER: **08CV3402**

ASSIGNED JUDGE: **JUDGE ASPEN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Peerless Network of Illinois, LLC
c/o CT Corp. Systems (Registered Agent)
208 S. LaSalle St.
Suite 814
Chicago, IL  60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John R. Harrington
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL  60611

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Anya Ellis_
(By) DEPUTY CLERK

June 12, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/13/08 |
| NAME OF SERVER (PRINT) Daniel N. Hernandez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 208 S. Lasalle suite 814 CT. Corp System (Registered agent)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Dawn Schultz

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/08
　　　　　　　　Date

Signature of Server

10700 W. Higgins Rosemont IL 60018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.