## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08CV3402

Neutral Tandem, Inc.,
   v.
Peerless Network, LLC; Peerless Network of Illinois, LLC; and
John Barnicle

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Peerless Network, LLC; Peerless Network of Illinois, LLC; and John Barnicle

| |
|---|
| NAME (Type or print)<br>Henry T. Kelly |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/  Henry T. Kelly |
| FIRM<br>Kelley Drye & Warren LLP |
| STREET ADDRESS<br>333 West Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196301 | TELEPHONE  NUMBER<br>(312) 857-7070 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐