IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEUTRAL TANDEM, INC., | ) |
| Plaintiffs, | ) |
| v. | ) Cause No. 08-CV-3402 |
| PEERLESS NETWORK, LLC, PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE, | ) Judge Aspen<br>) Magistrate Judge Valdez |
| Defendants. | ) |

**AGREED MOTION TO EXTEND DEFENDANTS'**
**TIME TO ANSWER OR OTHERWISE PLEAD**

Now come Defendants' Peerless Network, LLC, Peerless Network of Illinois, LLC, and John Barnicle (collectively "Defendants"), by its attorneys Kelley Drye & Warren LLP, to respectfully move this Court to grant Defendants an extension of time until July 28, 2008 to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

1.  Plaintiff filed the above-captioned action against Defendants on June 12, 2008 and Defendants were served with the Complaint on June 13, 2008.

2.  Pursuant to Fed.R.Civ. 12(a), Defendants were to file an Answer or otherwise responsive pleading on or before July 3, 2008.

3.  Defendants have requested, and Plaintiff has agreed, to extend the due date for Defendants' Answer or responsive pleading.

4.  The parties now stipulate and agree that Defendants' Answer or responsive pleading shall be filed on or before July 28, 2008.

WHEREFORE, Defendants respectfully request that the Court enter an order granting an extension of time to and including July 28, 2008, to Answer or otherwise plead.

Dated: July 2, 2008

Respectfully submitted,

Henry T. Kelly

KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 857-7070 (Telephone)
(312) 857-7095 (Facsimile)
*Attorneys for Defendants*