## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NEUTRAL TANDEM, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 08-CV-3402 |
| | ) | |
| PEERLESS NETWORK, LLC, PEERLESS | ) | |
| NETWORK of ILLINOIS, LLC, and | ) | Judge Aspen |
| JOHN BARNICLE, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |
| | ) | |

### Defendants' Rule7.1 Corporate Disclosure

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants' Peerless Network, LLC, Peerless Network of Illinois, LLC (collectively "Defendants") certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1.     Defendants are not a publicly traded companies and have no publicly traded affiliates or subsidiaries.

Dated: July 2, 2008

Respectfully submitted,

_____
Henry T. Kelly

KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois  60606
(312) 857-7070 (Telephone)
(312) 857-7095 (Facsimile)
*Attorneys for Defendants*

- 1 -