IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEUTRAL TANDEM, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PEERLESS NETWORK, LLC, PEERLESS )<br>NETWORK of ILLINOIS, LLC, and )<br>JOHN BARNICLE, )<br>)<br>Defendants. )<br>)<br>) | Cause No. 08-CV-3402<br><br>Judge Aspen<br>Magistrate Judge Valdez |

**NOTICE OF MOTION**

To:   John R. Harrington
      Daniel J. Schwartz
      Joseph A. Schouten
      Jenner & Block LLP
      330 North Wabash
      Chicago, IL 60611

PLEASE TAKE NOTICE that on July 8, 2008, at 10:30 a.m., counsel for Defendants will present its **Agreed Motion To Extend Defendants' Time To Answer Or Otherwise** which are being concurrently served on you, before the Honorable Marvin E. Aspen in Room 2568 of the United States District Court, Northern District of Illinois, Eastern Division, or any other judge sitting in his stead.

Dated this July 2, 2008.

Respectfully submitted by,

PEERLESS NETWORK, LLC, PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE

_____
By: Henry T. Kelly, one of the attorneys for Defendants

Henry T. Kelly
Michael R. Dover
Kelley, Drye & Warren LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL 60606
hkelly@kelleydrye.com
mdover@kelleydrye.com
(312) 857-7070

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that he caused the foregoing **Agreed Motion To Extend Defendants' Time To Answer Or Otherwise Plead** to be electronically filed with the Clerk of the Court on July 2, 2008, using the ECF system, and served on all parties via the ECF system, pursuit to LR 5.9, as to Filing Users.

John R. Harrington
Daniel J. Schwartz
Joseph A. Schouten
Jenner & Block LLP
330 North Wabash
Chicago, IL 60611

_____
Henry T. Kelly

CH01/KELLH/232094.1