**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:    08CV3402

NEUTRAL TANDEM, INC.,

      Plaintiff,

v.

PEERLESS NETWORK, LLC, PEERLESS NETWORK OF ILLINOIS, LLC and JOHN BARNICLE

      Defendants.

---

PEERLESS NETWORK, LLC, PEERLESS NETWORK OF ILLINOIS, LLC and JOHN BARNICLE

      Counterclaim Plaintiffs,

v

NEUTRAL TANDEM, INC., and NEUTRAL TANDEM-ILLINOIS, LLC.,

      Counter-Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Peerless Network, LLC, Peerless Network of Illinois, LLC and John Barnicle

| | |
|---|---|
| NAME (Type or print) | |
| David A. Rammelt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
|       s/David A. Rammelt | |
| FIRM   Kelley Drye & Warren LLP | |
| STREET ADDRESS  333 W. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP  Chicago, IL | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6203754 | TELEPHONE NUMBER (312) 857-7070 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  No

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  No

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Yes

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Yes

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL