## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEUTRAL TANDEM, INC., | |
|     Plaintiff, | 08 CV 3402 |
|   v. | Judge Marvin Aspen |
| PEERLESS NETWORK, LLC, PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE, | Magistrate Judge Maria Valdez |
|     Defendants. | |
| PEERLESS NETWORK, LLC, PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE, | |
|     Counterclaim Plaintiffs, | |
|   v. | |
| NEUTRAL TANDEM, INC | |
|     Counterclaim Defendant. | |

## NOTICE OF FILING

Please take notice that on July 28, 2008, I caused to be filed with the Clerk of the U.S. District Court Northern District, **Defendants Peerless Network, LLC, Peerless Network of Illinois, LLC, and John Barnicle's Answer, Affirmative Defenses and Counterclaims.**

    Respectfully submitted by,

    PEERLESS NETWORK, LLC, PEERLESS
    NETWORK of ILLINOIS, LLC, and
    JOHN BARNICLE

      *s/David A. Rammelt*
    By:  David A. Rammelt, one of the attorneys
    for Defendants

David A. Rammellt (Bar No. 6203754)
Henry T. Kelly (Bar No. 6196301)
Kelley, Drye & Warren LLP
333 W. Wacker Drive, Suite 2600
Chicago, IL  60606
hkelly@kelleydrye.com
drammelt@kelleydrye.com
(312) 857-7070

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby deposes and states that he caused the foregoing **Defendants Peerless Network, LLC, Peerless Network of Illinois, LLC, and John Barnicle's Answer, Affirmative Defenses and Counterclaims** to be electronically filed with the Clerk of the Court on July 28, 2008, using the ECF system, and served on all parties via the ECF system, pursuit to LR 5.9, as to Filing Users.

      John R. Harrington
      Daniel J. Schwartz
      Joseph A. Schouten
      Jenner & Block LLP
      330 North Wabash
      Chicago, IL 60611

                                  *s/David A. Rammelt*
                                  David A. Rammelt

CH01/KELLH/232832.1