## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

NEUTRAL TANDEM, INC.,

      Plaintiff,

      v.                 No. 08-CV-3402

PEERLESS NETWORK, LLC, PEERLESS    Judge John W. Darrah
NETWORK of ILLINOIS, LLC, and JOHN
BARNICLE,                     Magistrate Judge Maria Valdez

      Defendants.

## NOTICE OF MOTION

To:    David A. Rammelt
      Henry T. Kelly
      Kelley Drye & Warren LLP
      333 W. Wacker Dr., Suite 2600
      Chicago, IL 60606

PLEASE TAKE NOTICE that on August 19, 2008, at 9:00 a.m., counsel for Plaintiff will present its **Agreed Motion to Extend Plaintiff's Time to Answer Counterclaims or Otherwise Plead** which is being concurrently served on you, before the Honorable John W. Darrah in Room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, or any other judge sitting in his stead.

Dated:  August 13, 2008                    Respectfully submitted

                                           NEUTRAL TANDEM, INC.


                                           By:  /s/ John R. Harrington_____
                                           John R. Harrington
                                           Daniel J. Schwartz
                                           Joseph A. Schouten
                                           JENNER & BLOCK LLP
                                           330 N. Wabash Ave.
                                           Chicago, IL 60611
                                           (312) 222-9350

                                           Attorneys for Plaintiff,
                                           NEUTRAL TANDEM, INC.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby deposes and states that he caused the foregoing

**Agreed Motion to Extend Plaintiff's Time to Answer Counterclaims or Otherwise Plead** to

be electronically filed with the Clerk of the Court on August 13, 2008, using the ECF system,

and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users.

    David A. Rammelt
    Henry T. Kelly
    Kelley Drye & Warren LLP
    333 W. Wacker Dr., Suite 2600
    Chicago, IL 60606

                    /s/ John R. Harrington____