# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3402 | **DATE** | 8/14/08 |
| **CASE TITLE** |  | Neutral Tandem, Inc. v. Peerless Network, LLC, et al. | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to extend time [30, 31] is granted. Plaintiff's answer or responsive pleading to Defendants' counterclaims is to be filed by 9/17/08. Status hearing set for 8/27/08 is reset to 9/24/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-03402    Document 32    Filed 08/14/2008    Page 1 of 1