# Exhibit 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEUTRAL TANDEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEERLESS NETWORK, INC., PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE, <br><br> Defendants. | No. 08-CV-3402 <br><br> Judge John W. Darrah <br><br><br> **L** |
| PEERLESS NETWORK, INC., PEERLESS NETWORK of ILLINOIS, LLC, and JOHN BARNICLE, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> NEUTRAL TANDEM, INC., <br><br> Counterclaim Defendant. | |

### DECLARATION OF THE HONORABLE GERALD J. MOSSINGHOFF

**INTRODUCTION**

1.      This declaration is provided in support of plaintiff's' opposition to the Defendant's request for a stay in this action pending the outcome of an *inter partes* reexamination by the U.S. Patent and Trademark Office ("USPTO") of the U.S. Patent 7,123, 708 (the "708 Patent") subject to this action.

2.      From 1981 through 1985, I served as the Assistant Secretary of Commerce and the Commissioner of Patents and Trademarks at the United States Patent & Trademark Office

(USPTO).  From 2000-2008, I served three terms on the Patent Public Advisory Committee,

established pursuant to P.L. 106-113, among other things, to advise the Under Secretary of

Commerce on the policies, goals and performance of the USPTO.  Since January 1997, I have

engaged in the private practice of intellectual property law as Senior Counsel with the firm of

Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., 1940 Duke Street, Alexandria, Virginia

22314.  In addition, I currently teach intellectual property law at the George Washington

University School of Law.  In 2007 I was inducted into the Intellectual Property Hall of Fame.


## NEWLY INITIATED *INTER PARTES* REEXAMINATION

3.      The USPTO grants 96% of requests for *inter partes* reexamination. (Exhibit A at

entry 5a).  The high grant rate of *inter partes* reexamination requests is due to the liberal standard

applied in considering the submitted art, as well as the fact that the USPTO only considers

evidence and argument put forth by the party seeking *inter partes* reexamination (typically, as in

this case, a defendant in a patent infringement lawsuit), when deciding whether to grant the

request.  The grant of patent reexamination, whether *ex parte* or *inter partes* is based upon a

determination that the prior art submitted along with the request would have been deemed

"important" to a reasonable examiner, thereby presenting a substantial new question of

patentability (SNQ).  Because this standard is different than a *prima facie* showing of

unpatentability, virtually every request for *inter partes* reexamination (i.e., 96%) is granted.  As

such, the mere grant by the examiner of a request for reexamination is not necessarily probative

of unpatentability, because the reexamination proceeding is still incomplete and based solely on

the evidence provided by the party seeking reexamination.

4.      At present, no further action will occur in the reexamination of the '708 Patent

unless the plaintiff is required to respond to the non-final rejection of March 26, 2010.  Since the

plaintiff has sought suspension of the '708 Reexamination, based upon the defendants'

significant delay in initiating the proceeding relative to the advanced stage of this litigation, there

exists some uncertainty as to whether or not the proceeding will continue at all.  In the past, the

USPTO has found that an advanced stage of litigation is "good cause" enough to suspend a

newly initiated *inter partes* reexamination proceeding.[1]  This is because a final determination

with respect to validity in a related district court is controlling on the USPTO in *inter partes*

reexamination.  Accordingly, good cause may be found here as the USPTO will be able to

conserve resources on a likely wasteful exercise (in view of the pending trial).


**CURRENT *INTER PARTES* REEXAMINATION TIMELINE**

5.      Tentatively, the plaintiff's response to the non-final action office action dated

March 26, 2010 is due to be filed on  July 26, 2010.  If the reexamination is not suspended in the

interim, and if the plaintiff does not request a further extension of time to allow the USPTO to

decide the outstanding petition for suspension, the defendant would be required to submit their

rebuttal comments by August 26, 2010.  It is difficult to gauge when the examiner would

consider the plaintiff and defendant submissions, however, based on published USPTO statistics,

even this consideration of plaintiff's initial submission to the USPTO will not likely occur until

early 2011.

6.      Should the examiner be required to consider the submissions of both parties in

early 2011, the reexamination proceeding will carry on from the first page of flow charts

---

[1] *Sony Computer Entertainment America Inc. v. Dudas*, 85 USPQ2d 1594 (E.D. Va 2006)

attached hereto, until such time as a final determination is issued in this litigation (Exhibit B).[2]
However, in the event a final determination of validity is reached in the litigation pending in this
Court prior to conclusion of the reexamination proceedings at the USPTO,[3] the USPTO must
vacate the reexamination by operation of law.

       7.      On the other hand, if the litigation is stayed between the parties, the
reexamination process will continue on through the next two pages of flow charts illustrating the
necessary USPTO proceedings  Once the complete procedural process internal to the USPTO is
completed, (Exhibit B) including the repeating of certain procedures as required by reopening of
prosecution, changed positions of the examiner on appeal, new non-final rejections, appeals
remanded by the BPAI,  etc, appeal may be finally taken to the CAFC.

       8.      Attached Exhibit C (Timing of Proceedings) notes an average time to termination
of an *inter partes* reexamination (Notice of Intent to Issue a Reexamination Certificate (NIRC))
as being 34.6 months.  However, this average time is misleading as termination of the proceeding
is commonly caused by operation of law rather than a true, contested conclusion to the
proceeding.  Only 152 *inter partes* reexaminations have been concluded in the 11 or so years
they have been in existence.  Of these concluded proceedings, not one single case has been
contested through to a CAFC final judgment.  Indeed, only one *inter partes* reexamination has
even reached the CAFC in the past 11 years, namely, *Cooper Cameron v. SAFOCO Inc.*, Nos
2009-1435-1459 (Federal Circuit) *inter partes* reexamination Nos. 95/000,015 and 95/000,017.
The *Cooper* reexaminations were initiated by the USPTO in **May 2003.**  Upon completion of
prosecution and appeals within the USPTO (i.e., Exhibit B), the proceedings finally reached the

---

[2] Graphic illustrations of the *inter partes* reexamination process – Procedure Prior to Appeal, Appeal Procedure, and
Procedures Following Board Decision for reexaminations commenced after November 2, 2002, from the current
edition of the USPTO's Manual of Patent Examining Procedure.
[3] That is a final determination of this court (not appealed), final determination of the CAFC, or defendant settlement
stipulating to validity.

CAFC in **June of 2009**. Yet, prior to a decision by the CAFC the parties settled their dispute and withdrew all appeals.

9.      Accordingly, the 34.6 month pendency figure of Exhibit C reflects an incomplete view of *inter partes* reexamination as not a single one of the 152 concluded *inter partes* reexamination has been contested to conclusion; that is to say, only a single case has managed to traverse the flow charts of Exhibit B to even get to the CAFC. Thus, the 34.6 month figure is artificially depressed by a statistically insignificant sample size, and *inter partes* reexaminations that are vacated by the USPTO by operation of law.

10.     A truer representation of the time necessary to traverse the full length of the flow charts of Exhibit D is clarified by the presentation materials of Chief Judge Fleming of the Board of Patent Appeals and Interferences (BPAI) provided to the ABA Intellectual Property Law Section on April 9, 2010. As noted at slide two of his recent presentation, Chief Judge Fleming identifies the pendency from initial filing of an *inter partes* reexamination to BPAI appeal is <u>64.3 months</u>, roughly double the 34.6 figure. (Exhibit D at page 2). Chief Judge Fleming's statistics do not account for appeal pendency to the CAFC, which can only proceed after all BPAI processing is complete.

11.     There are currently over 15,000 appeals pending at the USPTO Board of Patent Appeals and Interferences ("BPAI"), 14 of which resulted in *inter partes* reexamination decisions in 2010. The backlog in appeals pending before the BPAI increased from 2,987 at the end of 2009 to the current number of 15,424. The USPTO data regarding appeals to the BPAI in 2010 is shown in Exhibit E to this declaration. As the BPAI backlog continues to grow, the 64.3 month duration to an appealable USPTO decision for *inter partes* reexamination is likely to worsen going forward.

5

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 7th day of June, 2010 in Alexandria, Virginia.

Gerald J. Mossinghoff

Declaration of the
Honorable Gerald J. Mossinghoff

Exhibit A



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

<u>Inter Partes</u> Reexamination Filing Data – March 31, 2010

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ............................................................860[1]

2. Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 167 | 20% |
| b. | Electrical Operation | 416 | 48% |
| c. | Mechanical Operation | 265 | 31% |
| d. | Design Patents | 12 | 1% |

3. Annual Reexam Filings

| <u>Fiscal Yr.</u> | <u>No.</u> | <u>Fiscal Yr.</u> | <u>No.</u> | <u>Fiscal Yr.</u> | <u>No.</u> | <u>Fiscal Yr.</u> | <u>No.</u> |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
| 2001 | 1 | 2004 | 27 | 2007 | 126 | 2010YTD | 126 |
| 2002 | 4 | 2005 | 59 | 2008 | 168 | | |

4. Number known to be in litigation…………………...……….………………….………..600………………...70%

5. Decisions on requests ........................................................................................................................... 763

   a. No. granted .................................................................................. 731 ........................96%

      (1) By examiner                                    730
      (2) By Director (on petition)                      1

   b. No. not granted.............................................................. 32 ...........................4%

      (1) By examiner                                    28
      (2) Reexam vacated                                 4

6. Overall reexamination pendency  (Filing date to certificate issue date)
   a. Average pendency                              36.5 (mos.)
   b. Median pendency                               32.0 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ........................................................ 152

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 12 | 8% |
| b. | Certificates with all claims canceled (or disclaimed) | 76 | 50% |
| c. | Certificates with claims changes | 64 | 42% |

---

[1]Of the requests received in FY 2010, 7 requests have not yet been accorded a filing date, and 10 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

Declaration of the
Honorable Gerald J. Mossinghoff

Exhibit B



*Inter Partes* Reexamination (applicable rule section)
PROCEDURE BEFORE APPEAL
Request for Reexamination filed (1.913)
Notice of request published in O.G. (1.904)
Substantial New Question? (1.923)
No ; reexam is denied
3PR may petition Director of Office to review whether substantial new question (1.927)
Petition Denied
Petition Granted
Yes
Reexamination ordered (1.931) and Initial office action issued (1.935)
Reexam. Terminated
Pat. owner may respond to Office action (1.945) (2 months)
No Response
Response
3rd Party comments (1.947)
(30 days from date of service of pat. owner response)
Examiner issues action. Is it an action closing prosecution ? (1.949)
Action does not close prosecution
Action closes prosecution; sets time for response
No Response
Pat. Owner comments/amendment (1.951(a))
3rd Party Responding comments (1.951(b))
(30 days from date of service of pat. owner response)
Examiner considers comments (1.953)
Examiner reopens prosecution
Y
N
Examiner issues Right of Appeal Notice (1.953) (Final Office action)



*Inter Partes*  Reexamination (applicable rule section)
**APPEAL PROCEDURE**
**Single Third Party Requester**

**Right of Appeal Notice** (1.953)
[sets time for response
30 days/one month]

Either or both parties
may file a **Notice of Appeal**
(\*>41.61(a)<)

If a party does not  file a
notice of appeal <u>and</u> his/her opponent
does,  the party may file a **Notice of
Cross Appeal** (14 days after service of
opponent's  Notice of Appeal) (\*>41.61(b)<)

If 3PR files a notice of appeal or cross appeal,
**3PR brief** is due 2 months from last-filed
notice of appeal or cross appeal
(\*\*>41.66(a) & 41.67<)

If patent owner files notice of appeal or cross appeal,
**patent owner brief** is due 2 months from last-filed
notice of appeal or cross appeal
(\*\*>41.66(a) & 41.67<)

**Patent owner respondent brief** is due
1 month from service of 3PR brief
(\*\*>41.66(b) & 41.68<)

**3PR respondent brief** is due
1 month from service of patent owner brief
(\*\*>41.66(b) & 41.68<)

If examiner changes position on any
rejection or finding of patentability,
prosecution must be reopened

**Examiner's Answer**
(\*\*>41.66(c) & 41.69<)

No change in examiner's position

**3PR appellant**
may file **rebuttal brief**
within 1 month of
Examiners Answer
(\*>41.71<)

**Patent Owner appellant**
may file **rebuttal brief**
within 1 month of
Examiner's Answer
(\*>41.71<)



*Inter Partes* Reexamination (applicable rule section)
**Procedure Following Board Decision for Reexaminations
Commenced On or After November 2, 2002**

Declaration of the
Honorable Gerald J. Mossinghoff

Exhibit C

Quarter ending 3/31/10

# Reexaminations - FY 2010



## Pending Reexaminations

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Preprocessing | 87 | 83 | | |
| Awaiting Order/Denial | 96 | 109 | | |
| Between Order and First Action on the Merits | 343 | 279 | | |
| Between FAOM and NIRC | 1345 | 1395 | | |
| Between NIRC and Publication of Certificate | 162 | 197 | | |
| Total | 2033 | 2063 | | |

## Volume of Proceedings

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings | 242 | 470 | | |
| Ex Parte | 168 | 344 | | |
| Inter Partes | 74 | 126 | | |
| Orders Granting Reexamination | 205 | 396 | | |
| Ex Parte Orders | 153 | 282 | | |
| Inter Partes Orders | 52 | 114 | | |
| Denials | 10 | 23 | | |
| Ex Parte Denials | 10 | 22 | | |
| Inter Partes Denials | | 1 | | |
| First Actions on the Merits | 186 | 451 | | |
| Ex Parte FAOMs | 122 | 319 | | |
| Inter Partes FAOMs | 64 | 132 | | |
| Notices of Intent to Issue a Reexamination Certificate | 183 | 389 | | |
| Ex Parte NIRCs | 165 | 351 | | |
| Inter Partes NIRCs | 18 | 38 | | |
| Reexamination Certificates | 254 | 445 | | |
| Ex Parte Certificates | 224 | 395 | | |
| Inter Partes Certificates | 30 | 50 | | |

## Timing of proceedings

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to Order | 1.9 | 1.9 | | |
| Average Months to Ex Parte Order | 1.9 | 1.8 | | |
| Average Months to Inter Partes Order | 2.2 | 2.1 | | |
| Average Months from Filing to Denial | 2.0 | 1.9 | | |
| Average Months to Ex Parte Denial | 2.0 | 2.0 | | |
| Average Months to Inter Partes Denial | | 1.6 | | |
| Average Months from Filing to FAOM | 6.5 | 6.9 | | |
| Average Months to Ex Parte FAOM | 7.6 | 7.8 | | |
| Average Months to Inter Partes FAOM | 4.4 | 4.2 | | |
| Average Months from Filing to NIRC | 24.1 | 24.1 | | |
| Average Months to Ex Parte NIRC | 23.0 | 23.8 | | |
| Average Months to Inter Partes NIRC | 34.6 | 26.9 | | |
| Average Months from Filing to Certificate | 31.8 | 27.6 | | |
| Average Months to Ex Parte Certificate | 31.1 | 26.5 | | |
| Average Months to Inter Partes Certificate | 37.3 | 37.3 | | |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate data from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Official Gazette.

# Reexaminations - FY 2009



## Pending Reexaminations

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Preprocessing | 42 | 77 | 56 | 89 |
| Awaiting Order/Denial | 127 | 110 | 127 | 101 |
| Between Order and First Action on the Merits | 438 | 373 | 339 | 323 |
| Between FAOM and NIRC | 1336 | 1356 | 1373 | 1349 |
| Between NIRC and Publication of Certificate | 171 | 224 | 207 | 258 |
| Total | 2114 | 2140 | 2102 | 2120 |

## Volume of Proceedings

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings | 222 | 441 | 676 | 916 |
| Ex Parte | 154 | 308 | 481 | 658 |
| Inter Partes | 68 | 133 | 195 | 258 |
| Orders Granting Reexamination | 191 | 392 | 583 | 794 |
| Ex Parte Orders | 153 | 288 | 427 | 576 |
| Inter Partes Orders | 38 | 104 | 156 | 218 |
| Denials | 17 | 27 | 41 | 51 |
| Ex Parte Denials | 10 | 18 | 29 | 38 |
| Inter Partes Denials | 7 | 9 | 12 | 13 |
| First Actions on the Merits | 195 | 449 | 686 | 910 |
| Ex Parte FAOMs | 154 | 332 | 519 | 701 |
| Inter Partes FAOMs | 41 | 117 | 167 | 209 |
| Notices of Intent to Issue a Reexamination Certificate | 137 | 372 | 581 | 822 |
| Ex Parte NIRCs | 130 | 338 | 521 | 735 |
| Inter Partes NIRCs | 7 | 34 | 60 | 87 |
| Reexamination Certificates | 171 | 346 | 571 | 797 |
| Ex Parte Certificates | 160 | 324 | 527 | 724 |
| Inter Partes Certificates | 11 | 22 | 44 | 73 |

## Timing of proceedings

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to Order | 2.0 | 1.8 | 1.8 | 1.9 |
| Average Months to Ex Parte Order | 1.9 | 1.7 | 1.7 | 1.8 |
| Average Months to Inter Partes Order | 2.3 | 2.1 | 1.9 | 2.1 |
| Average Months from Filing to Denial | 2.4 | 2.2 | 1.6 | 1.7 |
| Average Months to Ex Parte Denial | 2.1 | 2.3 | 1.7 | 1.8 |
| Average Months to Inter Partes Denial | 2.8 | 1.8 | 1.0 | 1.0 |
| Average Months from Filing to FAOM | 9.5 | 8.7 | 7.7 | 7.5 |
| Average Months to Ex Parte FAOM | 10.3 | 10.6 | 8.7 | 8.2 |
| Average Months to Inter Partes FAOM | 6.1 | 4.2 | 3.7 | 4.7 |
| Average Months from Filing to NIRC | 24.2 | 28.9 | 28.3 | 25.8 |
| Average Months to Ex Parte NIRC | 23.5 | 28.1 | 28.2 | 24.7 |
| Average Months to Inter Partes NIRC | 36.6 | 35.2 | 29.3 | 34.5 |
| Average Months from Filing to Certificate | 32.9 | 31.0 | 33.8 | 31.1 |
| Average Months to Ex Parte Certificate | 32.3 | 31.1 | 33.0 | 30.5 |
| Average Months to Inter Partes Certificate | 41.7 | 28.9 | 41.7 | 35.2 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate data from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Official Gazette.

# Reexaminations - FY 2008

## Pending Reexaminations



| | Quarter 1* | Quarter 2* | Quarter 3* | Quarter 4 |
|---|---|---|---|---|
| Preprocessing | | | | |
| Awaiting Order/Denial | | | | |
| Between Order and First Action on the Merits | | | | |
| Between FAOM and NIRC | | | | |
| Between NIRC and Publication of Certificate | | | | |
| Total | | | | |

## Volume of Proceedings

| | YTD Through Quarter 1* | YTD Through Quarter 2* | YTD Through Quarter 3* | YTD Through Quarter 4 |
|---|---|---|---|---|
| Filings | 210 | 412 | 615 | 848 |
| Ex Parte | 165 | 330 | 487 | 680 |
| Inter Partes | 45 | 82 | 128 | 168 |
| Orders Granting Reexamination | 185 | 372 | 579 | 768 |
| Ex Parte Orders | 153 | 305 | 468 | 626 |
| Inter Partes Orders | 32 | 67 | 111 | 142 |
| Denials | 7 | 20 | 41 | 48 |
| Ex Parte Denials | 5 | 13 | 33 | 40 |
| Inter Partes Denials | 2 | 7 | 8 | 8 |
| First Actions on the Merits | 182 | 400 | 613 | 895 |
| Ex Parte FAOMs | 157 | 334 | 506 | 752 |
| Inter Partes FAOMs | 25 | 66 | 107 | 143 |
| Notices of Intent to Issue a Reexamination Certificate | 138 | 249 | 377 | 504 |
| Ex Parte NIRCs | 131 | 234 | 357 | 471 |
| Inter Partes NIRCs | 7 | 15 | 20 | 33 |
| Reexamination Certificates | 175 | 279 | 408 | 597 |
| Ex Parte Certificates | 174 | 273 | 392 | 575 |
| Inter Partes Certificates | 1 | 6 | 16 | 22 |

## Timing of proceedings

| | Quarter 1* | Quarter 2* | Quarter 3* | Quarter 4 |
|---|---|---|---|---|
| Average Months from Filing to Order | 2.0 | 2.0 | 1.8 | 1.9 |
| Average Months to Ex Parte Order | 1.9 | 1.9 | 1.8 | 1.8 |
| Average Months to Inter Partes Order | 2.3 | 2.3 | 2.1 | 2.2 |
| Average Months from Filing to Denial | 2.2 | 2.3 | 2.5 | 1.6 |
| Average Months to Ex Parte Denial | 2.1 | 2.1 | 2.5 | 1.6 |
| Average Months to Inter Partes Denial | 2.7 | 2.8 | 1.9 | |
| Average Months from Filing to FAOM | 10.8 | 10.9 | 11.2 | 11.3 |
| Average Months to Ex Parte FAOM | 12.0 | 12.2 | 12.5 | 12.1 |
| Average Months to Inter Partes FAOM | 3.5 | 5.1 | 5.6 | 6.3 |
| Average Months from Filing to NIRC | 24.2 | 26.4 | 25.5 | 26.3 |
| Average Months to Ex Parte NIRC | 23.5 | 26.3 | 25.4 | 25.2 |
| Average Months to Inter Partes NIRC | 36.6 | 27.5 | 28.2 | 38.5 |
| Average Months from Filing to Certificate | 32.9 | 31.6 | 37.6 | 31.8 |
| Average Months to Ex Parte Certificate | 32.9 | 31.3 | 38.0 | 31.7 |
| Average Months to Inter Partes Certificate | 27.2 | 38.3 | 32.7 | 36.0 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate data from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding
will appear as multiple instances. For this reason the certificate count will not match the number of individual
reexamination certificates published in the Official Gazette.

*Prior to the fourth quarter of FY 2008, PALM data was retrieved as of April 2009. Starting in the fourth
quarter of 2008, data is from the end of the respective quarter.

# Reexaminations - FY 2007



## Pending Reexaminations

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4* |
|---|---|---|---|---|
| Preprocessing | | | | |
| Awaiting Order/Denial | | | | |
| Between Order and First Action on the Merits | | | | |
| Between FAOM and NIRC | | | | |
| Between NIRC and Publication of Certificate | | | | |
| Total | | | | |

## Volume of Proceedings

| | YTD Through Quarter 1 | YTD Through Quarter 2 | YTD Through Quarter 3 | YTD Through Quarter 4* |
|---|---|---|---|---|
| Filings | | | | 769 |
| Ex Parte | | | | 643 |
| Inter Partes | | | | 126 |
| Orders Granting Reexamination | | | | 693 |
| Ex Parte Orders | | | | 575 |
| Inter Partes Orders | | | | 118 |
| Denials | | | | 20 |
| Ex Parte Denials | | | | 19 |
| Inter Partes Denials | | | | 1 |
| First Actions on the Merits | | | | 499 |
| Ex Parte FAOMs | | | | 416 |
| Inter Partes FAOMs | | | | 83 |
| Notices of Intent to Issue a Reexamination Certificate | | | | 417 |
| Ex Parte NIRCs | | | | 409 |
| Inter Partes NIRCs | | | | 8 |
| Reexamination Certificates | | | | 394 |
| Ex Parte Certificates | | | | 391 |
| Inter Partes Certificates | | | | 3 |

## Timing of proceedings

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4* |
|---|---|---|---|---|
| Average Months from Filing to Order | | | | 2.0 |
| Average Months to Ex Parte Order | | | | 2.0 |
| Average Months to Inter Partes Order | | | | 2.4 |
| Average Months from Filing to Denial | | | | 2.1 |
| Average Months to Ex Parte Denial | | | | 2.1 |
| Average Months to Inter Partes Denial | | | | |
| Average Months from Filing to FAOM | | | | 12.3 |
| Average Months to Ex Parte FAOM | | | | 14.2 |
| Average Months to Inter Partes FAOM | | | | 3.2 |
| Average Months from Filing to NIRC | | | | 28.3 |
| Average Months to Ex Parte NIRC | | | | 28.3 |
| Average Months to Inter Partes NIRC | | | | 27.7 |
| Average Months from Filing to Certificate | | | | 39.6 |
| Average Months to Ex Parte Certificate | | | | 39.9 |
| Average Months to Inter Partes Certificate | | | | 27.1 |

Source: Filings from ex parte and inter partes historical statistics.
Pendency, First action, NIRC ("Notice of Intent to Issue a Reexamination Certificate") and Certificate data from PALM.
Note: This data is recorded by reexamination control number. Where proceedings are merged, the merged proceeding will appear as multiple instances. For this reason the certificate count will not match the number of individual reexamination certificates published in the Official Gazette.

*Prior to the fourth quarter of FY 2008, PALM data was retrieved as of April 2009. Starting in the fourth quarter of 2008, data is from the end of the respective quarter.

Declaration of the
Honorable Gerald J. Mossinghoff

Exhibit D

# *Inter Partes* Reexamination Appeals



## Michael R. Fleming
Chief Administrative Patent Judge
Board of Patent Appeals and Interferences
United States Patent and Trademark Office

ABA-IPL

April 9, 2010



# *Inter Partes* Reexamination Appeals

# BPAI Pendency and Workload

|  | FY2008 | FY2009 | FY2010 (Mid-Year) |
|---|---|---|---|
| BPAI Pendency | 8.1 months | 7.0 months | 11.8 months |
| Pendency of BPAI Decided Appeals from Date of Reexamination Filing at USPTO | 50.9 months | 67.3 months | 64.3 months |
| Disposals | 1 | 10 | 6 |
| Docketed | 4 | 15 | 13 |
| Inventory | 4 | 9 | 16 |



# *Inter Partes* Reexamination Appeals

- Applicable Inter Partes Reexamination Rules
  - Examination procedure – 37 C.F.R. §§ 1.902-1.997
    - Right of Appeal Notice – 37 C.F.R. § 1.953
    - Page limits for briefs – 37 C.F.R. § 1.943(c)

  - Appeal procedure – 37 C.F.R. §§ 41.60-41.81

  - See flowcharts in MPEP § 2601.01
  - See also MPEP §§ 2673-2682

 *Inter Partes* Reexamination Appeals

- Appeal Proceeding
  - Notice of Appeal and Cross Appeal – 37 C.F.R. § 41.61
  - Appellant's Brief – 37 C.F.R. § 41.67
  - Respondent's Brief – 37 C.F.R. § 41.68
  - Examiner's Answer – 37 C.F.R. § 41.69
  - Rebuttal Brief – 37 C.F.R. § 41.71
  - Oral Hearing – 37 C.F.R. § 41.73
  - Decision – 37 C.F.R. § 41.77
  - Rehearing – 37 C.F.R. § 41.79



# *Inter Partes* Reexamination Appeals

## Appeal Timeline





# *Inter Partes* Reexamination Appeals

## Appeal Timeline







# *Inter Partes* Reexamination Appeals

## Appellant's Brief

- Contents
  - Same as ex parte appeal brief
    - Real party in interest
    - Related appeals and interferences
    - Status of claims
    - Status of amendments
    - Summary of claimed subject matter
    - Issues to be reviewed on appeal
    - Argument
    - Claims appendix
    - Evidence appendix
    - Related proceedings appendix
  - Certificate of service



# *Inter Partes* Reexamination Appeals

## Appellant's Brief

- Limitations
  - No new amendment or evidence
  - Page limitation – 30 pages or 14,000 words



# *Inter Partes* Reexamination Appeals

## Respondent's Brief

- **Contents**
  - Real Party in interest
  - Related appeals and interferences
  - Status of claims
  - Status of amendments
  - Summary of claimed subject matter
  - Issues to be reviewed on appeal
  - Argument
  - Evidence appendix
  - Related proceedings appendix
  - Certificate of service



# *Inter Partes* Reexamination Appeals

## Respondent's Brief

- Limitations
  - Arguments limited to issues raised in the appellant's brief to which the respondent's brief is directed
  - A requester's respondent brief may not address any brief of any other requester
  - Page limitation – 15 pages or 7,000 words

ABA-IPL



# *Inter Partes* Reexamination Appeals

## Examiner's Answer

- Contents
  - As may be necessary:
    - Explanation of invention claimed
    - Explanation of references relied upon
    - Grounds of rejection
    - Reasons for patentability

- Limitations
  - No new ground of rejection
  - No new determination not to make a proposed rejection



# *Inter Partes* Reexamination Appeals

## Rebuttal Brief

- Contents
  - Patent Owner
    - Arguments directed to issues raised in Examiner's Answer and/or any Respondent Brief
  - Requester
    - Arguments directed to issues raised in Examiner's Answer and/or Respondent Brief of Patent Owner
  - Certificate of service



# *Inter Partes* Reexamination Appeals

## Rebuttal Brief

- Limitations
  - Requester
    - No new proposed ground of rejection
    - Arguments not directed to issues raised in the Respondent Brief of any other Requester
  - Page limitation – 15 pages or 7,000 words



# *Inter Partes* Reexamination Appeals

- Frequent Errors
  - Notice of Appeal
    - Claims on appeal not identified
    - Not signed
    - Fee not paid
  - Briefs (Appellant, Respondent and Rebuttal)
    - Page limits exceeded
    - Improper Summary of Claimed Subject Matter – claims not mapped to specification
    - Fee not paid



# *Inter Partes* Reexamination Appeals

Practice Tips

for

*Inter Partes* Reexamination Appeals

ABA-IPL



# *Inter Partes* Reexamination Appeals

## Practice Tips

- Appellant's Brief – not required but consider providing:
  - Jurisdictional statement
  - Table of contents
  - Table of authorities

ABA-IPL



# *Inter Partes* Reexamination Appeals

## Practice Tips

- Appellant's Brief – arguments should be concise and focused
  - Identify facts in dispute in separate section
  - Identify pivotal claim language and explain resulting claim scope
  - Explain why examiner erred
  - Avoid repetitive and peripheral arguments



# *Inter Partes* Reexamination Appeals

Practice Tips

- Appellant's Brief – arguments directed to why examiner erred

  - *Ex parte Belinne*, Appeal 2009-004693, (BPAI Aug. 10, 2009) (Informative opinion)

    ("Appellants do not present any arguments to explain why the Examiner's explicit fact finding is in error.").



# *Inter Partes* Reexamination Appeals

Practice Tips

Appellant's Brief

- Clearly point out **material facts** relevant to why examiner erred


- Clearly point out **claim language** relevant to why examiner erred



# *Inter Partes* Reexamination Appeals

## Practice Tips

- Proper claim construction

  - *Ex parte Catlin,* Appeal No. 2007-3072, (BPAI February 3, 2009) (Precedential opinion) (means plus function limitation indefinite where specification fails to disclose algorithm for programming general purpose computer to perform specified function).



# *Inter Partes* Reexamination Appeals

## Practice Tips

- KSR considerations
  - *Ex parte Fu*, 89 USPQ2d 1115 (BPAI 2008) (expanded panel) (Precedential opinion) (One skilled in the art would anticipate success in substituting one species for another in its genus where the genus contains a limited number of species.).
  - *Ex parte Whalen*, Appeal No. 2007- 4423, 2008 WL 2957928 (BPAI July 23, 2008) (expanded panel) (Precedential opinion) ("Whalen II") (A composition with a particular property at a high level is not rendered obvious by a prior art reference that teaches a similar composition and suggests that the property be minimized -- absent some reason to modify.).



# *Inter Partes* Reexamination Appeals

## Practice Tips

- *Ex parte Jellá*, 90 USPQ2d 1009 (BPAI 2008) (expanded panel) (Precedential opinion) (declaration evidence of non-obviousness

  - establish nexus between claimed subject matter and evidence

  - evidence should be tied to functional not aesthetic aspects of claimed invention

  - demand established by market share and not solely by gross sales

  - long-felt need established by evidence that need was recognized by those of ordinary skill in the art)



# *Inter Partes* Reexamination Appeals

## Practice Tips

- Oral hearing presentation
  - The oral hearing is open to the public.
  - The oral hearing is transcribed by a court reporter and made part of the official record.
  - Make sure you are on time for the hearing.  Remember you must clear security.



# *Inter Partes* Reexamination Appeals

## Practice Tips

- Oral hearing preparations
  - Identify your best argument in the Appellant's Brief.
  - Do not attempt to present every argument in the brief.
  - Highlight the portions of the specification and the claim language that support your best argument.
  - Identify the portions of the prior art that support your argument that the claim language distinguishes over the prior art.



# *Inter Partes* Reexamination Appeals

## Practice Tips

- Oral hearing preparations

  - Identify the weakness of your case.

  - Be prepared to address this weakness directly.

  - Be sure you are making arguments that are made in the Appellant's Brief.



# *Inter Partes* Reexamination Appeals

## Practice Tips

- Questions at oral hearing
  - Be prepared
  - Do not view the Judge who is asking the question as an adversary to your appeal.
  - View the question as an opportunity.
  - Do not deny the undeniable - you only lose credibility.



# BPAI

Questions?

BPAI website:  http://www.uspto.gov/

Click on Patents button 7 - "Appeal"

BPAI Phone (571) 272-9797

Phone is staffed every day 8:30 to 4:00

Declaration of the
Honorable Gerald J. Mossinghoff

Exhibit E

PATENT AND TRADEMARK OFFICE
Process Production Report
Preliminary Report

| Board of Patent Appeals and Interferences | FY2009 Actual | FY2010 Oct. | FY2010 Nov. | FY2010 Dec. | FY2010 Jan. | FY2010 Feb. | FY2010 Mar. | FY2010 Apr. | FY2010 May | FY2010 Jun. | FY2010 Jul. | FY2010 Aug. | FY2010 Sep. | FY2010 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONTESTED CASES** | | | | | | | | | | | | | | |
| **Interferences** | | | | | | | | | | | | | | |
| Cases Declared | | | | | | | | | | | | | | |
| Monthly | | 4 | 7 | 2 | 5 | 4 | 4 | 2 | | | | | | |
| Year-to-date | 55 | 4 | 11 | 13 | 18 | 22 | 26 | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 1 | 4 | 5 | 8 | 4 | 7 | 4 | | | | | | |
| Year-to-date | 63 | 1 | 5 | 10 | 18 | 22 | 29 | 33 | 33 | 33 | 33 | 33 | 33 | 33 |
| **Cases Pending** | | | | | | | | | | | | | | |
| Year-to-date | 44 | 47 | 50 | 47 | 44 | 44 | 41 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
| **Ex Parte Reexams Appeals** | | | | | | | | | | | | | | |
| Cases Received | | | | | | | | | | | | | | |
| Monthly | | 5 | 2 | 6 | 18 | 10 | 7 | 22 | | | | | | |
| Year-to-date | 119 | 5 | 7 | 13 | 31 | 41 | 48 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 4 | 11 | 11 | 9 | 8 | 14 | 10 | | | | | | |
| Year-to-date | 109 | 4 | 15 | 26 | 35 | 43 | 57 | 67 | 67 | 67 | 67 | 67 | 67 | 67 |
| **Cases Pending** | | | | | | | | | | | | | | |
| Year-to-date | 65 | 66 | 57 | 52 | 61 | 63 | 56 | 68 | 68 | 68 | 68 | 68 | 68 | 68 |
| **Inter Partes Reexam Appeals** | | | | | | | | | | | | | | |
| Cases Received | | | | | | | | | | | | | | |
| Monthly | | 0 | 1 | 7 | 3 | 1 | 1 | 0 | | | | | | |
| Year-to-date | 15 | 0 | 1 | 8 | 11 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 0 | 1 | 0 | 4 | 0 | 1 | 2 | | | | | | |
| Year-to-date | 10 | 0 | 1 | 1 | 5 | 5 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Cases Pending** | | | | | | | | | | | | | | |
| Year-to-date | 9 | 9 | 9 | 16 | 15 | 16 | 16 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| **EX PARTE APPEALS** | | | | | | | | | | | | | | |
| **Ex Parte Appeals*** | | | | | | | | | | | | | | |
| Cases Received | | | | | | | | | | | | | | |
| Monthly | | 666 | 758 | 733 | 1042 | 781 | 1242 | 1562 | 0 | 0 | 0 | 0 | 0 | |
| Year-to-date | 15344 | 666 | 1424 | 2157 | 3199 | 3980 | 5222 | 6784 | 6784 | 6784 | 6784 | 6784 | 6784 | 6784 |
| Cases Disposed | | | | | | | | | | | | | | |
| Monthly | | 386 | 477 | 495 | 552 | 518 | 810 | 559 | 0 | 0 | 0 | 0 | 0 | |
| Year-to-date | 6734 | 386 | 863 | 1358 | 1910 | 2428 | 3238 | 3797 | 3797 | 3797 | 3797 | 3797 | 3797 | 3797 |
| **Cases Pending** | | | | | | | | | | | | | | |
| Year-to-date | 12507 | 12787 | 13068 | 13306 | 13796 | 14059 | 14491 | 15494 | 15494 | 15494 | 15494 | 15494 | 15494 | 15494 |

*Ex parte appeals of applications for patents, not including ex parte reexamination or inter partes reexamination appeals.